IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| PRIME TABLE GAMES LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:08cv534HTW-LRA |
| v. ) | |
| ) | |
| SHUFFLE MASTER, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## Order Dismissing Claims Between the Parties with Prejudice and a Certain Claim Without Prejudice

Plaintiffs PRIME TABLE GAMES LLC, PRIME TABLE GAMES UK, Derek Webb and Hannah O'Donnell (collectively "Prime/Webb") and Defendant SHUFFLE MASTER, INC. ("SMI")'s Joint Stipulation of Dismissal has been considered.

IT IS HEREBY ORDERED that:

(1) Al claims and counterclaims between Prime/Webb and SMI are hereby dismissed with prejudice, except those specifically identified in (2) below.

(2) SMI's counterclaims for: non-infringement, invalidity, and unenforceability of U.S. Patent 6,503,145 (*e.g.*, as advanced as the Seventh, Eighth, and Ninth Counterclaims in SMI's Amended Answer, Defenses and Counterclaims [D.I. 49]), are dismissed in their

entirety without prejudice (hereinafter collectively "Patent Counterclaims") as are the allegations of paragraphs 79-82 and the last two sentences of paragraph 70 of Prime/Webb's Third Amended Complaint as they relate to SMI's Ninth Counterclaim, which may only be reasserted if SMI reasserts its Ninth Counterclaim.

(3)  The Patent Counterclaims may only be re-filed by SMI if SMI is sued for patent infringement of U.S. Patent 6,503,145 by any and/or all of the Plaintiffs above and/or any assignee, successor in interest and/or licensee of any and/or all of the Plaintiffs above.

(4)  Each side is to bear its own costs and expenses, including attorney fees, incurred in connection with the actions.

SO ORDERED

Date:   January 7, 2011                    s/ HENRY T. WINGATE
                                           UNITED STATES DISTRICT JUDGE

*Proposed order filed December 23, 2010 by*
  s/Michael E. Crawford
Michael E. Crawford (PHV 43786)
NIXON & VANDERHYE P.C.
901 North Glebe Road
Arlington, VA 22203
703-816-4000 (main)
703-816-4100 (fax)
mec@nixonvan.com

Order of Dismissal                              Page 3            3:08cv534HTW-LRA; Prime/Webb
                                                                                v. SMI